# Third District Court of Appeal

## State of Florida

Opinion filed April 7, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0382
Lower Tribunal No. F05-4149
_____

**Danyan Mangham,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. Dayes v. Werner Enterprises, Inc., No. 3D19-1920, 2021 WL 262037, at *4 (Fla. 3d DCA Jan. 27, 2021) (quoting Linn v. Fossum, 946 So. 2d 1032, 1037-38 (Fla. 2006)) ("an expert's testimony 'may not merely be used as a conduit for the introduction of the otherwise inadmissible evidence'"); 50 State Sec. Serv., Inc. v. Giangrandi, 132 So. 3d 1128, 1136 (Fla. 3d DCA 2013) ("Where a trial court has weighed probative value against prejudicial impact before reaching its decision, an appellate court shall not overturn such a decision absent a clear abuse of discretion.") (internal citations omitted); Osagie v. State, 58 So. 3d 307, 308 (Fla. 3d DCA 2011) (finding error in admitting business records "without a custodian of the records or other qualified person testifying as to the accuracy of the records").